```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re OMEGA HEALTHCARE INVESTORS, INC.
SECURITIES LITIGATION                                    ORDER
----------------------------------------X
This Document Relates To:                           17 Civ. 8983 (NRB)

      ALL ACTIONS
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on August 3, 2020, the U.S. Court of Appeals for the Second Circuit issued an opinion reversing this Court's decision in Royce Setzer v. Omega Healthcare Inv'rs, Inc., No. 19-1095, __ F.3d __, 2020 WL 4431902 (2d Cir. Aug. 3, 2020) (ECF No. 74), and remanded the case; and

WHEREAS, on August 3, 2020, plaintiffs filed a letter requesting that the Court convert plaintiffs' pending motion for relief from the judgment (ECF No. 65) into a motion for leave to amend the complaint (ECF No. 75); and

WHEREAS, on August 18, 2020, the parties' stipulated that plaintiffs may file a second amended complaint by August 28, 2020, which the Court so-ordered (ECF No. 77), it is hereby

ORDERED that plaintiffs' motion for relief from the judgment (ECF No. 65) and request to convert that motion into a motion for leave to amend the complaint (ECF No. 75) are denied as moot.

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 65.

**SO ORDERED.**

Dated:    New York, New York
         August 26, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE