UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

In re OMEGA HEALTHCARE INVESTORS,
INC. SECURITIES LITIGATION

**ORDER**

17 Civ. 8983 (NRB)

------------------------------------X

This Document Relates To:

    ALL ACTIONS

------------------------------------X

    **WHEREAS** plaintiffs filed a motion for class certification, appointment of class representatives, and appointment of class counsel on March 16, 2022 (ECF 129-130); defendants filed an opposition brief on August 15, 2022 (ECF 141); and plaintiffs filed a reply brief on September 15, 2022 (ECF 147);

    **WHEREAS** while plaintiffs' motion was pending, on October 25, 2022, plaintiffs informed the Court that the parties have reached an agreement, in principle, to settle this class action as to all claims and all parties and asked the Court to suspend the deadlines in the December 16, 2021 Revised Case Management Plan and Scheduling Order ("scheduling order") (ECF 149);

    **WHEREAS** the Court granted plaintiffs' request to suspend the deadlines in the scheduling order on October 25, 2022 (ECF 150); it is hereby

ORDERED that plaintiffs' motion is denied as moot without prejudice to its re-filing should the settlement not be finalized.

Dated:     New York, New York
           October 27, 2022

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE