**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OMEGA HEALTHCARE INVESTORS, INC. SECURITIES LITIGATION | Case No.: 1:17-cv-08983-NRB |

**NOTICE OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

PLEASE TAKE NOTICE that Lead Plaintiff Royce Setzer ("Setzer") and Additional Plaintiff Earl Holtzman ("Holtzman) ("Plaintiffs"), individually and on behalf of all others similarly situated, will hereby move this Court on a date and at such time as may be designated by the Honorable Naomi Reice Buchwald, United States District Judge of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10017 for entry of an Order: (1) preliminarily certifying the Settlement Class for the purposes of settlement; (2) preliminarily approving the terms of the Settlement as set forth in the Stipulation of Settlement ("Stipulation"), filed concurrently herewith; (3) approving the form and method for providing notice of the Settlement; and (4) scheduling a Settlement Approval Hearing and deadlines for mailing and publication of the Notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Plaintiffs' motion for Final Approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses.

Dated: December 9, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

<u>*/s/ Jacob A. Goldberg*</u>
Jacob A. Goldberg
Gonen Haklay
Leah Heifetz-Li
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
Email: ghaklay@rosenlegal.com
Email: lheifetz@rosenlegal.com

Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*