UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE OMEGA HEALTHCARE INVESTORS, INC. SECURITIES LITIGATION | Case No.: 1:17-cv-08983-NRB |

**PLAINTIFFS' NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARDS TO PLAINTIFFS**

PLEASE TAKE NOTICE that on April 25, 2023 at 11:00 a.m., or as soon thereafter as the parties can be heard, in a telephonic hearing, Plaintiffs will and hereby do move the Court, the Honorable Naomi Reice Buchwald, for an award of attorneys' fees, reimbursement of expenses, and awards to Lead Plaintiff and Named Plaintiff.

This motion is based upon this notice of motion and motion, the accompanying memorandum of law, the accompanying Declaration of Jacob A. Goldberg In Support of Plaintiffs' Motion For: (1) Final Approval of Proposed Class Action Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this motion.

Dated: March 21, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Jacob A. Goldberg
Jacob A. Goldberg
Gonen Haklay (*pro hac vice*)
Leah Heifetz-Li
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
          ghaklay@rosenlegal.com
          lheifetz@rosenlegal.com
*Lead Counsel for Plaintiffs and the Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Jacob A. Goldberg